JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY INC., )<br>  )<br>         Plaintiff, )<br>  )<br>  -v- )<br>  )<br>PROVISION SUPPLY LLC, ET AL. )<br>  )<br>  )<br>         Defendants. )<br>_____ ) | Case No. SACV11-0660-DOC(ANx)<br><br>ORDER DISMISSING CIVIL ACTION |

    The Court having been advised by counsel for the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 45 days, to reopen this action if settlement is not consummated.

DATED: August 2, 2011

_____
DAVID O. CARTER
United States District Judge